UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID S QUAIR,

        Plaintiff,

  v.

SAN MATEO COUNTY JAIL, et al.,

        Defendants.

Case No. 19-cv-08463-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order on March 9, 2020, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** with prejudice for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: April 30, 2020

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID S QUAIR,

    Plaintiff,

v.

SAN MATEO COUNTY JAIL, et al.,

    Defendants.

Case No. 19-cv-08463-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2020, I WILL SERVE a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S Quair ID: #:BG0478
California Men's Colony State Prison
P.O. Box 8101, Cell#:FB-3234-L
San Luis Obispo, CA 93409-8101

Dated: April 30, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2